Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
Vincent Camarillo

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>VINCENT CAMARILLO,<br><br>        Defendant. | Case No. 02:12-cr-00451 KJM<br><br>ORDER ALLOWING TRAVEL |

    IT IS HEREBY ORDERED that the defendant, Mr. Vincent Camarillo, be allowed to depart for Mexico on April 19, 2023, and return to the United States on April 24, 2023.

    As requested by the United States Probation Officer, it is further ordered that the United States Probation Office shall have authority to approve any future requests for international travel. All other terms of Mr. Camarillo's supervised release shall remain the same.

DATED:  March 9, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE